**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00575-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**LLOYD WARD, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03357-C**

## ORDER
Before Justices Moseley, Fillmore, and Myers

The Court has before it appellee Lloyd Ward's October 1, 2012 motion to dismiss this appeal for want of jurisdiction and appellant Better Business Bureau of Metropolitan Dallas, Inc.'s October 22, 2013 motion for this interlocutory appeal to be considered, in the alternative, as a petition for writ of mandamus. We **DENY** appellee's motion to dismiss this appeal for want of jurisdiction and appellant's motion for this interlocutory appeal to be considered as a petition for writ of mandamus as **MOOT**.

/s/     ROBERT M. FILLMORE
JUSTICE